In re OPDYKE. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) In the matter of the petition of Charles E. Opdyke, Jr., for reinstatement as attorney at law.

No opinion. Prayer of the petition denied. All concur, except ADAMS, J., not voting. See 43 N. Y. Supp. 1160.